NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BEAR CREEK TECHNOLOGIES, INC.,**
*Appellant,*

v.

**DAVID J. KAPPOS, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Appellee,*

AND

**J2 GLOBAL COMMUNICATIONS, INC.,**
*Appellee.*

---

2012-1148
(Reexamination No. 95/001,030)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

Bear Creek Technologies, Inc. moves to dismiss its appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss the appeal is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

MAR 0 9 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Richard C. Irving, Esq.
Raymond T. Chen, Esq.
Frank L. Bernstein, Esq.

s21

Issued As A Mandate: MAR 0 9 2012

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 9 2012

JAN HORBALY
CLERK